In the Matter of JOSEPH J. GIACOBBE et al., Appellants, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Argued May 27, 1952; decided July 15, 1952.

*A. Mark Levien* for appellants.

*Denis M. Hurley, Corporation Counsel (Sidney P. Nadel, Seymour B. Quel* and *Edward J. McLaughlin* of counsel), for respondent.

Appeal dismissed, with costs, upon the ground that no substantial constitutional question is presented. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.